UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY TAYLOR,

                Plaintiff,

      -against-

CITY OF NEW YORK,

                Defendant.

1:24-CV-1922 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated and entered March 15, 2024, the Court directed Plaintiff, within 30 days, to submit a completed and signed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a completed and signed IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court denies any pending motions or requests as moot and directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

The Court also directs the Clerk of Court to mail a copy of this order and the accompanying judgment to Plaintiff at his address of record and at 89 Porter Avenue, Brooklyn, New York 11237.

SO ORDERED.

Dated:   May 20, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge